NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MARINE TRAVELIFT INC.,**
*Plaintiff-Appellant,*

**v.**

**ASCOM SPA AND INTERNATIONAL BOATLIFT EXCHANGE INC.,**
*Defendants-Appellees.*

_____

2014-1810

_____

Appeal from the United States District Court for the Eastern District of Wisconsin in No. 1:14-cv-00443-WCG, Judge William C. Griesbach.

_____

**ON MOTION**

_____

**O R D E R**

Marine Travelift Inc. moves without opposition to voluntarily dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

2                                MARINE TRAVELIFT INC. v. ASCOM SPA

(2)  Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: November 20, 2014